STATE OF NEW JERSEY v. LONNIE HARRIS.

June 1, 1971. Petition for certification denied.

HELEN M. FULLERTON, *ET AL.* v.
GENEVIEVE FULLERTON NIEDER.

June 1, 1971. Petition for certification denied.

GEORGE DUGAN v. POLICE DEPARTMENT,
CITY OF CAMDEN.

June 1, 1971. Petition for certification denied. (See 112 *N. J. Super.* 482).

STATE OF NEW JERSEY v. ROBERT Mc CRAY.

June 1, 1971. Petition for certification denied.

LINDLEY HENRY, JR., *ET AL.* v. FIRST MERCANTILE CON-
SUMER DISCOUNT COMPANY, *ET AL.*

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD R. HUBBARD.

June 1, 1971. Petition for certification denied.